IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**JULIE R. MATTHEWS**                                             **PLAINTIFF**

**v.**                             **CASE NO. 2:10CV00142 BSM**

**MICHAEL J. ASTRUE, COMMISSIONER
OF THE SOCIAL SECURITY ADMINISTRATION**             **DEFENDANT**

**JUDGMENT**

Consistent with the order entered today, this case is hereby dismissed with prejudice, and the relief sought is denied.

Dated this 27th day of March 2012.

                                                             UNITED STATES DISTRICT JUDGE